Kenneth L. BENNETT, Petitioner,

v.

FRENCH INTERNATIONAL and Calvert Motor Company, Respondents.

No. D–2987.

Supreme Court of Texas.

Dec. 2, 1992.

Daniel B. Childs, Jacksonville, for petitioner.

L.A. Nelson, Denton, for respondents.

## ORDER

The record shows that petitioner, in mailing his motion for extension of time to file brief, complied with all the requirements of TEX.R.APP.P. 4(b) for the motion to be deemed as timely filed in accordance with the ten-day notice of the court of appeals. It is therefore ordered that petitioner's application for writ of error is granted, the judgment of the court of appeals is reversed, and the case is remanded to that court for further proceedings. TEX. R.APP.P. 170.